UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| GARY WELBORN, | ) ED CV 07-01592-SH |
| | ) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision

of the Commissioner is reversed and remanded for further proceedings, pursuant to

Sentence 4 of U.S.C. § 405(g).

DATED:March 10, 2009

_____
/ s /
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE